DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ohio Civil Rights Commission, ) | |
| ) | CASE NO. 5:05 CV 1451 |
| Plaintiff, ) | |
| and ) | |
| ) | <u>JUDGMENT ENTRY</u> |
| Fair Housing Advocates Association, ) | |
| ) | |
| Intervening Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SH-91 Limited Partnership, dba Spring Hill ) | |
| Apartments, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, due to lack of subject matter jurisdiction, the above-captioned case is remanded to the Court of Common Pleas of Summit County, Ohio.

  July 5, 2005                    *s/ David D. Dowd, Jr.*
Date                                      David D. Dowd, Jr.
                                             U.S. District Judge